IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRED ARNOTT, et al, ) | CASE NO.: 5:01 CV 1583-JG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | JUDGE GWIN |
| ) | |
| CVS CORPORATION, et al, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

This case was settled by agreement of all parties in June 2002. As part of the finalization of settlement, agreements were prepared and submitted to each Plaintiff for signature. Thomas Bolar and Linda Linde, having originally agreed to settle their respective cases for an amount agreed upon between and among the parties, have failed to execute a settlement agreement.

Therefore, it is agreed by the parties and ordered by the Court that for $1 and other valuable consideration as already agreed by the parties, the claims of Thomas Bolar and Linda Linde are settled and dismissed, with prejudice, with the following limitations:

* Any claims Linda Linde may have relating to sexual harassment against CVS Corp., CVS RX Services, Inc. are not included;

* Thomas Bolar shall retain the right to seek re-employment with CVS Corp., CVS RX

Services, Inc. or any successor in interest.

It is agreed between and among the parties that the doctrines of res judicata and collateral estoppel shall apply to any other claims or causes of action that are presently known or should be known to Thomas Bolar and Linda Linde.

Dated: 12/9/02

_____
James Gwin

/s/ Brett Bartlett
Brett Bartlett
Georgia Bar No. 040510
Jackson, Lewis, Schnitzler & Krupman
1900 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1226
404-525-8200
404-525-1173 (facsimile)
bartlettb@jacksonlewis.com

ATTORNEY FOR DEFENDANTS

/s/ Dennis R. Thompson
Dennis R. Thompson
Ohio Bar No. 0030098
Thompson Law Offices
2719 Manchester Road
Akron, Ohio 44319
330-753-6874
330-753-7082 (facsimile)
tmpsnlaw@akron.infi.net

ATTORNEY FOR PLAINTIFFS